**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>vs. )<br>)<br>MARISSA SUAREZ, )<br>)<br>Defendant. ) | No. 1:21-mj-00123-1 |

**CONSENT MOTION FOR CONTINUANCE**

Defendant Marissa Suarez, through undersigned counsel and with the consent of the United States, respectfully moves the Court for an order continuing until May 5, 2021 the status hearing now scheduled for March 5, 2020.  The proposed continuance will give the parties additional time to negotiate a resolution of the case. Ms. Suarez consents to exclude from calculation under the Speedy Trial Act the time between March 5, 2021 and May 5, 2021.

Date:  March 5, 2021                    Respectfully submitted,

                                          /s/ Paul F. Enzinna
                                       Ellerman Enzinna PLLC
                                       1050 30th Street, NW
                                       Washington, DC 20007
                                       202.753.5553
                                       penzinna@ellermanenzinna.com


                                       *Counsel for Defendant Marissa Suarez*

## **CERTIFICATE OF SERVICE**

I certify that on March 5, 2021, a copy of the foregoing Consent Motion for Continuance was filed using the CM/ECF system, which will then send notification of such filing to all counsel of record.

Respectfully submitted,

/s/ Paul F. Enzinna

Date: March 5, 2021

Ellerman Enzinna PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
penzinna@ellermanenzinna.com

*Counsel for Defendant Marissa Suarez*

2