AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ District of _____ COLUMBIA _____

| | |
|---|---|
| USA<br>Plaintiff (s),<br>V.<br>MARISSA A. SUAREZ<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 21-205-DLF |

Notice is hereby given that, subject to approval by the court, __MARISSA A. SUAREZ__ substitutes
(Party (s) Name)

__Rocco C. Cipparone Jr., Esq._____, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Paul F. Enzinna, Esq._____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Rocco C. Cipparone Jr. Law Offices |
| Address: | 205 Black Horse Pike, Haddon Heights NJ 08035 |
| Telephone: | (856) 547-2100        Facsimile (856) 547-2225 |
| E-Mail (Optional): | courtnotices@cipparonelaw.com |

I consent to the above substitution.
Date:         12/9/2021                           _Marissa Suarez_
                                                  Marissa Suarez (Dec 9, 2021 20:04 EST)
                                                  (Signature of Party (s))

I consent to being substituted.
Date:         12/10/21                            _____
                                                  (Signature of Former Attorney (s))

I consent to the above substitution.
Date:         12/9/2021                           _Rocco C. Cipparone_
                                                  Rocco Cipparone (Dec 9, 2021 20:05 EST)
                                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]