UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No.: Case No.: 1:21-CR-205-DLF |
| | : |
| MARISSA SUAREZ, and | : |
| PATRICIA TODISCO, | : |
| Defendants. | : |

### GOVERNMENT'S NOTICE OF FILING OF VIDEOS
### PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following videos that were provided to the Court and defense counsel on or before July 5, 2022 via USAfx, relating to July 12, 2022's sentencing hearing. As video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The videos are as follows:

| Exhibit Number | File Name | Source | Description |
|---|---|---|---|
| 1 | 0176-WF-3366759-SUAREZ_011_1A00012_09.mov | FBI obtained from Defendant Suarez | 16 second video from Capitol grounds see persons climbing wall and breaching scaffolding. Images 1 and 2 are from this video. |
| 2 | 0176-WF-3366759-SUAREZ03_1A0002_022.mov | FBI obtained from Defendant Suarez | 29 second video, from outside Senate Wing doors. Suarez laughing. Image 3 is from this video. |
| 3 | 0176-WF-3366759-SUAREZ011_1A00012_05.mov | FBI obtained from Suarez | 57 second video walking through Senate Wing doorway. Images 4 and 10 are from this video. |
| 4 | VID-20210116-WA0111.mp4 | FBI obtained from Todisco | 22 second from inside Senate Wing doors. Images 8 and 9 are from this video. |

| 5 | 0176-WF-3366759-SUAREZ_03_1A0002_014.mov | FBI obtained from Suarez | 13 seconds video walking from entry to Crypt, chanting "Our House" and coughing |
| 6 | VID-20210116-WA0110.mp4 | FBI obtained from Todisco | 1 minute 16 second video walking through the Capitol |
| 7 | VID-20210116-WA0112.mp4 | FBI obtained from Todisco | 12 second video from rioters celebrating in the Crypt. Image 11 is from this video |
| 8 | VID-20210116-WA0108.mp4 | FBI obtained from Todisco | 32 second video by Todisco inside Senator Merkley's office |

The Government does not object to the public release of the above-listed videos.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

  /s/
GRACIELA R. LINDBERG
Assistant United States Attorney
Texas Bar No. 00797963
11204 McPherson Road, Suite 100A
Laredo, Texas  78045
956-754-9350
graciela.lindberg@usdoj.gov